# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6286 (12 C 6292) | **DATE** | 10/18/2012 |
| **CASE TITLE** | In Re: Unified Messaging Solutions, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation [97], all claims between plaintiff and defendant Google Inc. are dismissed with prejudice, and Google Inc. is dismissed with prejudice as a party in this case. Pursuant to Stipulation [99], all claims between plaintiff and defendant eBay Inc. are dismissed with prejudice, and eBay Inc. is dismissed with prejudice as a party in this case. Pursuant to Stipulation [101], all claims between plaintiff and defendant Time Warner Cable Inc. are dismissed with prejudice, and Time Warner Cable Inc. is dismissed with prejudice as a party in this case. Pursuant to Stipulation [102], all claims between plaintiff and defendant AOL Inc. are dismissed with prejudice, and AOL Inc. is dismissed with prejudice as a party in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|