IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | ) ) ) ) ) ) ) ) ) | Case No: 12 C 6286 (12 C 6292) Judge Joan H. Lefkow |

### ORDER

Pursuant to Stipulation [551], all claims raised in this action by Unified Messaging against AT&T Mobility LLC, AT&T Services, Inc., and SBC Internet Services, Inc. d/b/a AT&T Internet Services with respect to the accused Yahoo! webmail services are hereby DISMISSED without prejudice, and all remaining claims raised in this action by Unified Messaging against AT&T Mobility LLC, AT&T Services, Inc., and SBC Internet Services, Inc. d/b/a AT&T Internet Services are hereby DISMISSED with prejudice, and all counterclaims raised in this action by AT&T Mobility LLC, AT&T Services, Inc., and SBC Internet Services, Inc. d/b/a AT&T Internet Services against Unified Messaging are hereby DISMISSED without prejudice, with each party to bear its own costs and fees. AT&T Mobility LLC, AT&T Services, Inc., and SBC Internet Services, Inc. d/b/a AT&T Internet Services are dismissed as parties in this case.

Date: August 20, 2013

_____
U.S. District Judge Joan H. Lefkow